*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:   March 26, 2015                    106094
_____

THE PEOPLE OF THE STATE OF
    NEW YORK,
                    Respondent,
        v                                    MEMORANDUM AND ORDER

BRENT V. BEACH,
                    Appellant.
_____

Calendar Date:   February 11, 2015

Before:   Peters, P.J., Garry, Rose and Lynch, JJ.

                    _____

        Barry J. Jones, Hudson Falls, for appellant.

        Glenn MacNeill, Acting District Attorney, Malone, for
respondent.

                    _____

Garry, J.

        Appeal from a judgment of the County Court of Franklin
County (Main Jr., J.) entered February 20, 2013, which revoked
defendant's probation and imposed a sentence of imprisonment.

        Following defendant's plea of guilty to the crime of
criminal mischief in the third degree, he was sentenced to 180
days in jail and five years of probation.   Thereafter, defendant
admitted to violating two of the conditions of his probation.
County Court revoked defendant's probation and sentenced him to 1
to 3 years in prison.   Defendant now appeals.

        We affirm.   Defendant's sole contention on appeal is that
his sentence is harsh and excessive.   We disagree.   The record
establishes that defendant has a lengthy criminal record and has

demonstrated an inability to comply with the conditions of his probation.  Under these circumstances, we find no abuse of discretion or any extraordinary circumstances warranting a reduction of the sentence in the interest of justice (see People v Smurphat, 91 AD3d 980, 981 [2012], lv denied 18 NY3d 962 [2012]; People v Rowland, 11 AD3d 825, 825-826 [2004]).

Peters, P.J., Rose and Lynch, JJ., concur.

ORDERED that the judgment is affirmed.

ENTER:

Robert D. Mayberger
Clerk of the Court